UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 15-8988 DSF (Ex) | Date | 11/23/15 |
| Title | Eagle Vista Equities, LLC v. Ismael Pena | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to State Court

This case was removed based on both federal question and civil rights jurisdiction.

The state court unlawful detainer complaint does not state any federal causes of action.  While the notice of removal states several potential federal defenses to the complaint and federal counterclaims that might be raised, federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert.  See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

Civil rights removal under § 1443(1) requires "[f]irst, [that] the [defendants] must assert, as a defense to the prosecution, rights that are given to them by explicit statutory enactment protecting equal racial civil rights [and] [s]econd, that [the defendants] must assert that the state courts will not enforce that right, and that allegation must be supported by reference to a state statute or a constitutional provision that purports to command the state courts to ignore the federal rights."  Patel v. Del Taco, Inc., 446 F.3d 996, 999 (9th Cir. 2006) (quoting California v. Sandoval, 434 F.2d 635, 636 (9th Cir.1970)).  Defendant appears to believe that he will not receive an adequate hearing in unlawful detainer court.  However, none of his mostly unspecific concerns implicates an equal protection right – racial or otherwise.  And, even assuming that unlawful detainer courts have sometimes not provided full due process rights, defendant fails to "refer[] to a state statute or a constitutional provision that purports to command the state courts to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

ignore the federal rights."

     This matter is REMANDED to the Superior Court of California, County of Los Angeles.

     IT IS SO ORDERED.